IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRITTANY HENLEY** § | |
| § | |
| **Plaintiff** § | |
| § | |
| **v.** § | |
| § | Civil Action 3:18-cv-01777-M |
| **ABBESELOM GHERMAY, M.D.; and** § | |
| **DALLAS NEUROSURGICAL & SPINE** § | |
| **ASSOCIATES P.A. D/B/A MOMENTUM** § | |
| **PAIN MANAGEMENT,** § | |
| § | |
| **Defendants** § | |

## DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. MATTHEW LEE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Defendants Dallas Neurosurgical & Spine Associates, P.A. d/b/a Momentum Pain Management and Abbeselom Ghermay, M.D. and file this Motion to Exclude the Testimony of Dr. Matthew Lee and would respectfully show the court as follows:

Defendants respectfully request that the Court preclude expert testimony from Plaintiff's expert Matthew Lee on the issue of breach of the standard of care, specifically as to the opinion that defendants breached the standard of care in failing to have certain policies and procedures in place related to messages and email response as well as education of staff. Plaintiff served expert disclosures pursuant to FRCP 26(a)(2)(B) designating Dr. Matthew Lee as an expert. The disclosure references Mr. Lee's report for a complete statement of all the opinions the witness will express and the basis for them. In his report he specifically sets out the alleged breaches of standard of care on the part of Defendant Dallas Neurosurgical & Spine Associates, PA. He did not ever identify, however, that he had reviewed the opinions of nursing expert, Julie Wood, or that he intended to offer any opinions linking her opinions causally with any of the injuries claimed.

**DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF MATTHEW LEE, M.D.**

Page 1

Dr. Lee was deposed on October 22, 2019. At his deposition, he conceded he had reviewed additional materials that were not disclosed in his report and previous disclosure, that Plaintiff had not disclosed or identified those materials at any time, and that he attempted to offer opinions on topics outside the scope of his disclosure and report. Dr. Lee offered testimony regarding policies and procedures related to the practice and educating staff. He offered testimony on allegedly substandard care as a result of retrieval of messages and emails. None of these topics are discussed in his report and or disclosure. Plaintiff's disclosure is clearly deficient and Dr. Lee should be precluded from offering testimony on these topics.

If a party fails to provide information or identify a witness as required by FRCP 26(a)(2)(B) the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at trial. See FRCP 37.(c)(1). Defendants move to exclude this testimony and preclude Dr. Lee from offering opinions at any hearing, motion or trial outside the scope of the topics previously disclosed by Plaintiff or utilizing documents not previously identified or disclosed.

WHEREFORE PREMISES CONSIDERED, Defendants respectfully request that Dr. Lee be precluded from testifying as to breach of the standard of care due to the lack of policies and procedures related to retrieval and review of messages and response to recall notices and for any and all other relief to which they may show themselves justly entitled.

Respectfully Submitted,

**The Fraley Firm, an office of**
**Beard Kultgen Brophy Bostwick & Dickson,**
**PLLC**
901 Main Street, Suite 6300
Dallas, Texas 75202
Telephone: (214) 761-6460
Facsimile: (214) 761-6469

 _/s/ Elizabeth M. Fraley_
**ELIZABETH M. FRALEY**

DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF MATTHEW LEE, M.D.

Page 2

        State Bar No. 13180500
        efraley@fraley-law.com

**ATTORNEYS FOR DEFENDANTS
DALLAS NEUROSURGICAL & SPINE
ASSOCIATES, P.A. D/B/A MOMENTUM PAIN
MANAGEMENT AND
ABBESELOM GHERMAY, M.D.**

**DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF MATTHEW LEE, M.D.**

**Page 3**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF System for the U. S. District Court, Northern District of Texas which will send notification of such filing to all registered participants.

/s/  *Elizabeth M. Fraley*
**Elizabeth M. Fraley**

Mr. Jim Girards
Girards Law Firm
10000 N. Central Expy, Suite 400
Dallas, Texas 75231
Attorney for the Plaintiff

**DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF MATTHEW LEE, M.D.**