# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| BRITTANY HENLEY, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:18-cv-01777-E |
| ABBESELOM GHERMAY, M.D.; and DALLAS NEUROSURGICAL & SPINE ASSOCIATES P.A. D/B/A MOMENTUM PAIN MANAGEMENT, | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss (Doc. No. 125). The Court **GRANTS** the Motion. It is **ORDERED** that the above-styled and -numbered cause is hereby dismissed with prejudice to refiling.

**SO ORDERED.**

Signed February 11, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE